# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13-cv-196

| | |
|---|---|
| PHILLIP KYLE GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| ELIZABETH PITRE FRISARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** has come before the undersigned *sua sponte* in regard to the Pretrial Order and Case Management Plan (#8) entered in this matter and the Amended Pretrial Order and Case Management Plan (#10) that was later entered. The undersigned will now amend the Pretrial Order and Case Management Plans (#8) and (#10) to provide that the trial in this matter will be set for September 8, 2014.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Pretrial Order and Case Management Plans (#8) and (#10) are **AMENDED** to provide that the trial in this matter is hereby set for **September 8, 2014.**

Signed: May 19, 2014

Dennis L. Howell
United States Magistrate Judge

1